UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>        Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>        Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A MOTION HEARING DATE** |

The court **GRANTS** Plaintiff's request for a motion hearing so that he can file a discovery motion. Because the court will not hold oral argument and will take the matter under submission, it will not set a hearing date and time. The court will, however, set the following briefing schedule:

1. Plaintiff must file his motion no later than **November 30, 2009**.

2. Defendants must file an opposition to the motion no later than **2 weeks after the motion is filed**, and in any event no later than December 14, 2009. At that point the court will take the matter under submission, and no reply brief will be allowed.

**IT IS SO ORDERED.**

DATED: October 16, 2009

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

08cv1285 DMS (NLS)