UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>　　　　Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** |

On January 25, 2010 Plaintiff filed a second motion to compel discovery. Because the court will not hold oral argument and will take the matter under submission, it will not set a hearing date and time. The court, however, requires the Defendants to file an opposition to the motion no later than **February 12, 2010**. At that point the court will take the matter under submission, and no reply brief will be allowed.

**IT IS SO ORDERED.**

DATED: January 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Nita L. Stormes_
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge