IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>                    Plaintiff,<br><br>    v.<br><br>J. McKESSON; MARTINEZ; ZARAGOSA; A. TUZON,<br><br>                    Defendants. | Case No. 1:08-cv-01285-DMS-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANTS' MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS [Doc. No. 47];**<br><br>**(2) DENYING AS MOOT MOTION FOR 18-DAY EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS [Doc. No. 46]; and**<br><br>**(3) DENYING WITHOUT PREJUDICE PLAINTIFF'S THIRD MOTION TO COMPEL [Doc. No. 45].** |

   On March 18, 2010, Plaintiff filed a motion to compel responses to interrogatories sets two and three that he propounded on defendants McKesson, Martinez and Tuzon. [Dkt. No. 45.] Defendants had failed to respond within the allotted time. On March 22, 2010, Defendants filed a motion for an 18-day extension of time to respond to the discovery requests. [Dkt. No. 46.] Then, they filed an amended motion for a 14-day extension of time to respond to the discovery requests. [Dkt. No. 47.] Defendants assert that due to inadvertence and excusable neglect, Defendants did not respond yet to the interrogatories because defense counsel did not obtain

1

1  verifications in support of Defendants' responses.  Defendants ask for the 14-day extension to
2  obtain the verifications, finalize and serve their responses.  They also ask that the court dismiss
3  Plaintiff's motion to compel without prejudice because they will serve the responses by April 5,
4  2010, making the issue in the motion to compel moot at this point in time.

5      For good cause shown in the declaration of defense counsel, the court **GRANTS**
6  Defendants' motion for the 14-day extension of time to respond to the interrogatories.  [Dkt. No.
7  47.]  Defendants are granted until Monday, **April 5, 2010**, to respond to Plaintiff's sets of
8  interrogatories.  Further, the court **DENIES as moot** Defendants' motion for an 18-day extension
9  of time [Dkt. No. 46] and **DENIES without prejudice** Plaintiff's motion to compel responses to
10  Plaintiff's interrogatories [Dkt. No. 45].

11      **IT IS SO ORDERED.**
12  DATED:  March 23, 2010

13  _____
  Hon. Nita L. Stormes
14  U.S. Magistrate Judge