UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>        Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>        Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES AND TO CONDUCT FURTHER LIMITED DISCOVERY** |

    Plaintiff Cesar Uribe, proceeding in forma pauperis, filed a motion for leave of court to serve additional interrogatories and to conduct further limited discovery. He says the additional discovery is necessary to follow up on prior responses to interrogatories, and that interrogatories are the only way he can pose follow up questions because he does not have the funds to conduct a deposition.

    Except for certain court-ordered extensions, discovery closed December 21, 2009. Plaintiff has not presented good cause to re-open discovery at this late date to follow up on discovery requests he already served. The court, therefore, **DENIES** Plaintiff's motion for additional discovery.

    **IT IS SO ORDERED.**

DATED: May 5, 2010

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

08cv1285 DMS (NLS)