UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>　　　　Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S FOURTH MOTION TO COMPEL DISCOVERY** |

　　　On May 10, 2010 Plaintiff filed a fourth motion to compel further responses to Plaintiff's discovery requests. Defendants served the allegedly insufficient responses on April 9, 2010. Because the court will not hold oral argument and will take the matter under submission, it will not set a hearing date and time. The court, however, requires the Defendants to file an opposition to the motion no later than **May 25, 2010**. At that point the court will take the matter under submission, and no reply brief will be allowed.

　　　**IT IS SO ORDERED.**

DATED: May 18, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge