1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11
CESAR URIBE,                          )   Case No. 1:08cv1285 DMS (NLS)
12                                    )
                      Plaintiff,      )   **ORDER RESETTING MANDATORY**
13   v.                               )   **SETTLEMENT CONFERENCE**
                                      )
14   CORRECTIONAL OFFICER J.          )
     McKESSON, CORRECTIONAL OFFICER   )
15   MARTINEZ, CORRECTIONAL OFFICER   )
     ZARAGOSA, CORRECTIONAL OFFICER   )
16   TUZON,                           )
                                      )
17                    Defendants.     )
     _____ )
18

19          Due to a conflict on the court's calendar, the court **CONTINUES** the telephonic Mandatory

20   Settlement Conference currently set for June 17, 2010 to **July 28, 2010 at 9:30 a.m.**  Defendants'

21   counsel shall coordinate Plaintiff's telephonic appearance and shall set up the conference call.  Counsel

22   or any party representing himself or herself shall submit confidential settlement briefs **directly to**

23   **chambers** no later than **July 21, 2010**.  All other pretrial dates and requirements as set forth in the

24   court's April 21, 2010 First Amended Scheduling Order remain unchanged.

25          **IT IS SO ORDERED.**

26   DATED: May 24, 2010

27
                                          _____
28                                        Hon. Nita L. Stormes
                                          U.S. Magistrate Judge

                                                                      08cv1285 DMS (NLS)