UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URBE,<br><br>        Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>        Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |

On May 28, 2010 Plaintiff filed a motion for sanctions for spoliation of evidence. Because the court will not hold oral argument and will take the matter under submission, it will not set a hearing date and time. The court, however, requires the Defendants to file an opposition to the motion no later than **June 7, 2010**. At that point the court will take the matter under submission, and no reply brief will be allowed.

**IT IS SO ORDERED.**

DATED: June 1, 2010

                                                                       Hon. Nita L. Stormes<br>
                                                                       U.S. Magistrate Judge