# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE | CASE NUMBER: CV08-1285 -DMS (NLS) |
| Plaintiff(s) | |
| v. | |
| OFFICER J. McKESSON | **ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM** |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT:

The parties to this action shall each, no later than ten (10) days from the date of this Order, submit confidential statements as described below.  The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail to the address below, or email delivery at Rosa_morales@cacd.uscourts.gov,  and marked "Confidential."  Such statements shall be limited to five (5) pages and shall indicate the following:

1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding with a magistrate judge;

2) the party's assessment of when a settlement proceeding would be most productive in this matter;

3) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will issue an Order Referring Case to Prisoner Settlement Program (Form ADR-05).

Settlement proceedings will be held at Richard J. Donovan State Correctional Facility in San Diego, California ("RJD").  Plaintiff will be transported to RJD in advance of the settlement proceeding and will be returned to his designated facility upon completion of the proceeding.  Plaintiff will at all times remain subject to the confinement imposed upon him by the State of California.

IT IS SO ORDERED.

DATED:  August 16, 2010

United States Magistrate Judge
United States District Judge

cc:      Rosa Morales - ADR Department
         United States District Court
         312 North Spring Street,
         Los Angeles, CA 90012