1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11

CESAR URIBE,                              )   Case No. 08cv1285 DMS (NLS)
12                                        )
                    Plaintiff,            )   **ORDER & WRIT OF HABEAS**
13   v.                                   )   **CORPUS AD TESTIFICANDUM TO**
                                          )   **TRANSPORT PLAINTIFF, CESAR**
14   CORRECTIONAL OFFICER J.              )   **URIBE CDCR #K-12001**
     McKESSON, CORRECTIONAL OFFICER       )
15   MARTINEZ, CORRECTIONAL OFFICER       )
     ZARAGOSA, CORRECTIONAL OFFICER       )
16   TUZON,                               )
                                          )
17                   Defendants.          )
                                          )
18   _____ )

19       Plaintiff, **CESAR URIBE, CDC #K-12001**, a necessary and material witness and party in

20   proceedings in this case, is confined at The CORRECTIONAL TRAINING FACILITY, Highway 101

21   North Soledad, CA 93960,  in the custody of the Warden.  In order to secure this inmate's **video**

22   **conference attendance** before Magistrate Judge Bianchini at the prisoner mediation hearing to be held

23   on **September 21, 2010, at 1:00 p.m.**, it is necessary that a Writ of Habeas Corpus Ad Testificandum

24   issue commanding the custodian of**,** to produce said inmate **CESAR URIBE, CDC #K-12001 by video**

25   before Magistrate Judge Bianchini for a prisoner mediation hearing.

26   / / /

27   / / /

28   / / /

08cv1285 DMS (NLS)

**ACCORDINGLY, IT IS ORDERED:**

1.  A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of California the Correctional Training Facility to produce inmate **CESAR URIBE, CDC #K-12001,** to participate **by video** conference in the prisoner settlement program before Magistrate Judge Bianchini on **September 21, 2010, at 1:00 p.m.**, and from day to day until completion of the mediation proceedings.

2.  The custodian of inmate **CESAR URIBE, CDC #K-12001,** is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Order.

3.  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM,**

    To: the Warden of the Correctional Training Facility in Soledad:

    **YOU ARE COMMANDED** to produce inmate **CESAR URIBE, CDC #K-12001,** to participate in the prison mediation program **by video conference** before the Honorable Magistrate Judge Bianchini on **September 21, 2010**, and from day to day until completion of the settlement proceedings, or as ordered by the Court; and thereafter to return the inmate to the custody of the Warden of the Correctional Training Facility in Soledad, CA.

**IT IS SO ORDERED.**

DATED:  September 15, 2010

_____
HON. DANA M. SABRAW
United States District Judge

2

08cv1285 DMS (NLS)