UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>    Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER CONTINUING TELEPHONIC MANDATORY SETTLEMENT CONFERENCE** |

The **telephonic** Mandatory Settlement Conference currently scheduled for October 26, 2010 is **VACATED** and **RESET** for **December 1, 2010** at **9:30 a.m.** with Magistrate Judge Nita L. Stormes. Defendants' counsel is responsible to coordinate Plaintiff's telephonic appearance and the conference call. Counsel or any party representing himself or herself shall submit confidential settlement briefs, if not already submitted, directly to chambers by **November 24, 2010**.

**IT IS SO ORDERED.**

DATED: October 22, 2010

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

08cv1285 DMS (NLS)