UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| CESAR URIBE, | ) | Case No. 08cv1285 DMS (NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING TELEPHONIC** |
| v. | ) | **MANDATORY SETTLEMENT** |
| | ) | **CONFERENCE** |
| CORRECTIONAL OFFICER J. | ) | |
| McKESSON, CORRECTIONAL OFFICER | ) | |
| MARTINEZ, CORRECTIONAL OFFICER | ) | |
| ZARAGOSA, CORRECTIONAL OFFICER | ) | |
| TUZON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The **telephonic** Mandatory Settlement Conference currently scheduled for December 1, 2010 is **VACATED** and **RESET** for **December 8, 2010** at **10:30 a.m.** with Magistrate Judge Nita L. Stormes. Defendants' counsel is responsible to coordinate Plaintiff's telephonic appearance and the conference call with the court.  Counsel or any party representing himself or herself shall submit confidential settlement briefs, if not already submitted, directly to chambers by **December 3, 2010**.

**IT IS SO ORDERED.**

DATED: November 17, 2010

Hon. Nita L. Stormes
U.S. Magistrate Judge