UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| CESAR URIBE, | ) | Case No. 08CV1285 DMS (NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER RE: SCHEDULE** |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER J. | ) | |
| McKESSON, CORRECTIONAL OFFICER | ) | |
| MARTINEZ, CORRECTIONAL OFFICER | ) | |
| ZARAGOSA, CORRECTIONAL OFFICER | ) | |
| TUZON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To accommodate the Court's calendar, the pretrial conference currently scheduled for December 10, 2010 is VACATED and RESET for **January 7, 2011** at **10:30 a.m.** before Judge Dana M. Sabraw.  The trial currently scheduled to commence on January 10, 2011 is VACATED and RESET to commence on **March 7, 2011** at **9:00 a.m.**

**IT IS SO ORDERED.**

DATED:  December 3, 2010

_____
HON. DANA M. SABRAW
United States District Judge

08cv1285