UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>    Defendants. | Case No. 08cv1285 DMS (NLS)<br><br>**ORDER GRANTING MOTIONS TO ISSUE SUBPOENAS AND DIRECTING CLERK TO ISSUE SUBPOENAS**<br><br>[Doc. Nos. 102, 103] |

Plaintiff filed two motions asking that the clerk sign and stamp with the court's seal two subpoenas so that Plaintiff can have a professional process server serve them. The court **GRANTS** the two motions and **ORDERS the clerk** to sign and stamp the subpoenas enclosed with Plaintiff's two motions and return them to Plaintiff.

**IT IS SO ORDERED.**

DATED: December 28, 2010

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

08cv1285 DMS (NLS)