UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　　Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>　　　　　Defendants. | Case No. 08CV1285 DMS (NLS)<br><br>**ORDER RE: PRETRIAL CONFERENCE** |

The pretrial conference scheduled for **January 7, 2011** at **10:30 a.m.** before Judge Dana M. Sabraw shall be telephonic. Defendants' counsel is responsible for coordinating Plaintiff's telephonic appearance.

**IT IS SO ORDERED.**

DATED: December 28, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge