IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CESAR URIBE,** | 1:08CV01285 DMS (NLS) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR CONTINUANCE OF TRIAL DATE** |
| v. | |
| **J. McKESSON; MARTINEZ; ZARAGOSA; A. TUZON,** | |
| Defendants. | |

At Defendants' unopposed request, the trial currently scheduled to commence on March 7, 2011, is VACATED and RESET to commence on April 18, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: January 11, 2011

The Honorable Dana M. Sabraw
United States District Judge

1

08cv01285