UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>              Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, CORRECTIONAL OFFICER MARTINEZ, CORRECTIONAL OFFICER ZARAGOSA, CORRECTIONAL OFFICER TUZON,<br><br>              Defendants. | Case No. 1:08cv1285 DMS (NLS)<br><br>**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE** |

A telephonic Mandatory Settlement Conference shall be conducted on **March 29, 2011** at **2:00 p.m.** in the chambers of Magistrate Judge Nita L. Stormes. Defendants' counsel is responsible to coordinate Plaintiff's telephonic appearance. Counsel or any party representing himself or herself shall submit confidential settlement briefs <u>directly to chambers</u> no later than **March 22, 2011**. **All parties are ordered to read and to fully comply with the attached SETTLEMENT CONFERENCE PROCEDURES.**

**IT IS SO ORDERED.**

DATED: February 18, 2011

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge