UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>              Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER J. McKESSON, et al.,<br><br>              Defendants. | Case No. 08CV1285 DMS (NLS)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Plaintiff, **CESAR URIBE, CDC #K-12001**, a necessary and material witness and party in proceedings in this case, is confined at The CORRECTIONAL TRAINING FACILITY, Highway 101 North Soledad, CA 93960, in the custody of the Warden. In order to secure this inmate's **attendance** before Judge Sabraw at the trial to be held on **April 18, 2011 at 9 a.m.** in the Fresno Division of the United States District Court for the Eastern District of California in Courtroom 1, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce said inmate **CESAR URIBE, CDCR #K-12001** before Judge Sabraw for trial.

**FERNANDO MONGES, CDCR #J-45409,** and **GILBERT VAIZA, CDCR #C-15685**, necessary and material witnesses in proceedings in this case, are confined at The CORRECTIONAL TRAINING FACILITY, Highway 101 North Soledad, CA 93960, in the custody of the Warden. In order to secure these inmates' **attendance** before Judge Sabraw at the trial to be held on **April 18, 2011 at 9 a.m.** in the Fresno

1  Division of the United States District Court for the Eastern District of California in Courtroom 1, it is
2  necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce said
3  inmates **FERNANDO MONGES, CDCR #J-45409**, and **GILBERT VAIZA, CDCR #C-15685** before
4  Judge Sabraw for trial.

5        **CARLOS QUIROZ, CDCR #V-13738**, a necessary and material witness in proceedings in this
6  case, is confined at THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE
7  PRISON, 900 Quebec Avenue, Corcoran, California, in the custody of the Warden.  In order to secure this
8  inmate's **attendance** before Judge Sabraw at the trial to be held on **April 18, 2011 at 9 a.m.** in the Fresno
9  Division of the United States District Court for the Eastern District of California in Courtroom 1, it is
10  necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce said
11  inmate **CARLOS QUIROZ, CDCR #V-13738** before Judge Sabraw for trial.

12        Petitioner also filed a request that the Court issue a Writ of Habeas Corpus Ad Testificandum
13  commanding the custodian at Pleasant Valley State Prison to produce **VICTOR SOLANO, CDCR #J-**
14  **68871**, before Judge Sabraw for trial.  However, the Court has been informed by the California Department
15  of Corrections and Rehabilitation Identification Unit that VICTOR SOLANO was discharged and is no
16  longer incarcerated.  Accordingly, Petitioner's request is denied as moot.

17        **ACCORDINGLY, IT IS ORDERED:**

18      1.    A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding
19          the Warden of the California Correctional Training Facility to produce inmates **CESAR**
20          **URIBE, CDCR #K-12001, FERNANDO MONGES, CDCR #J-45409**, and **GILBERT**
21          **VAIZA, CDCR #C-15685;** and the Warden of the California Substance Abuse Treatment
22          Facility and State Prison to produce inmate **CARLOS QUIROZ, CDCR #V-13738** to
23          participate in the trial before Judge Sabraw in Courtroom 1 in the Fresno Division of the
24          United States District Court for the Eastern District of California on **April 18, 2011 at 9**
25          **a.m.**, and from day to day until completion of the trial.
26      2.    The custodians of inmates **CESAR URIBE, CDCR #K-12001, FERNANDO MONGES,**
27          **CDCR #J-45409**, **GILBERT VAIZA, CDCR #C-15685**, and **CARLOS QUIROZ, CDCR**
28

**#V-13738** are ordered to notify the Court of any change in custody of these inmates and are ordered to provide the new custodian(s) with a copy of this Order.

3. **WRIT OF HABEAS CORPUS AD TESTIFICANDUM,**

To: the Warden of the Correctional Training Facility in Soledad:

**YOU ARE COMMANDED** to produce inmates **CESAR URIBE, CDCR #K-12001, FERNANDO MONGES, CDCR #J-45409**, and **GILBERT VAIZA, CDCR #C-15685** to participate in the trial before Judge Sabraw on **April 18, 2011**, and from day to day until completion of the trial, or as ordered by the Court; and thereafter to return the inmate to the custody of the Warden of the Correctional Training Facility in Soledad, CA.

To: the Warden of the California Substance Abuse Treatment Facility and State Prison in Corcoran:

**YOU ARE COMMANDED** to produce inmate **CARLOS QUIROZ, CDCR #V-13738** to participate in the trial before Judge Sabraw on **April 18, 2011**, and from day to day until completion of the trial, or as ordered by the Court; and thereafter to return the inmate to the custody of the Warden of the California Substance Abuse Treatment Facility and State Prison in Corcoran, CA.

**IT IS SO ORDERED.**

DATED: March 15, 2011

_____
HON. DANA M. SABRAW
United States District Judge