1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,                                      CASE NO. 1:08-cv-01285-SMS PC

                 Plaintiff,          ORDER DENYING DEFENDANTS' MOTION
TO QUASH

    v.                                           (ECF Nos. 127, 133)

J. McKESSON, et al.,

               Defendants.

_____/

      Plaintiff Cesar Uribe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the complaint filed August 29, 2008, against Defendants McKesson, Martinez, and Zaragosa for retaliation in violation of the First Amendment.  On February 14, 2011, a subpoena duces tecum was served on the custodian of inmate records at the Correctional Training Facility in Soledad, California. (Opposition at p. 2, ECF No. 133.)  On February 23, 2011, a subpoena duces tecum was served on the custodian of personnel records at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California.  (Id.)  Defendants filed a motion to quash on March 22, 2011.  (ECF No. 127.)  Plaintiff filed an opposition to Defendants motion on April 4, 2011.  (ECF No. 134.)

      Pursuant to Federal Rules of Civil Procedure 45(c)(2)(B) objections to a subpoena must be served within fourteen days of the subpoena being served.  In this instance Defendants did not file the motion to quash within fourteen days of the date of service.  Due to the untimely filing, the motion shall be denied.

///

1

1    Accordingly, it is HEREBY ORDERED that Defendant's motion to quash is DENIED.

2

3    IT IS SO ORDERED.

4    **Dated:    April 8, 2011**                    _____/s/ Sandra M. Snyder_____
                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28