# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | CASE NO. 1:08-cv-01285-SMS PC |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |
| v. | TEN-DAY DEADLINE |
| J. McKESSON, et al., | |
| Defendants. / | |

Plaintiff Cesar Uribe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2011, at 10:30 a.m. a telephonic status conference was held in this action with Plaintiff appearing pro se and Deputy Attorney General John W. Riches, appearing for Defendants. Pursuant to the issues discussed at the hearing a trial date was not set at this time.

Defense counsel is to contact the California Department of Corrections and Rehabilitation to inquire if they are amenable to further settlement discussions in this action. Depending upon the information set forth in Defendants' response, the Court will determine whether to schedule the next hearing for a telephonic settlement conference or telephonic trial confirmation.[1] The pending discovery dispute will be addressed following any settlement discussions.

///

///

---

[1] The Court is aware of the pending retirement of Mr. Riches and, if this case proceeds to trial, will attempt to set dates within that time frame.

1

As discussed therein, it is HEREBY ORDERED that:

1. Within ten (10) days Defendants are to inform the Court if they are interested in a further settlement conference by contacting Frances Robles at **(559) 499-5960.**

IT IS SO ORDERED.

**Dated:   April 29, 2011**                             **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE