# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>            Plaintiff,<br><br>    v.<br><br>J. McKESSON, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:08-cv-01285-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE HEARING AND SETTING HEARING<br><br>(ECF No. 153)<br><br>Date:        August 30, 2011<br>Time:       10:00 a.m.<br>Courtroom: 7 (SMS) |

Plaintiff Cesar Uribe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint filed August 29, 2008, against Defendants McKesson, Martinez, and Zaragosa for retaliation in violation of the First Amendment. On June 1, 2011, Defendants filed a motion for an order to show cause why sanctions should not be imposed, alleging Plaintiff filed a false declaration in this action. (ECF No. 153.) Defendants move for an order to show cause hearing to be set and a writ for Plaintiff and Inmate Carlos Quiroz, CDC #V-13738, to be transported for the hearing. Plaintiff filed an opposition to the motion and declaration in support on June 17, 2011, and a declaration in support on June 22, 2011. (ECF Nos. 154, 155, 156. Defendants' motion shall be granted.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion for an order to show cause hearing is GRANTED;

2. An order to show cause hearing is set for August 30, 2011, at 10:00 a.m. in Courtroom 7; and

1

3. Transportation writs shall issue for Plaintiff and Inmate Carlos Quiroz, CDC #V-13738, to be transported for the hearing.

IT IS SO ORDERED.

**Dated:** **August 3, 2011**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE