# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | 1:08-cv-01285-SMS (PC) |
|           Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CARLOS QUIROZ, CDC # V-13738,** |
| vs. | |
| J. MCKESSON, et al, | DATE: AUGUST 30, 2011 |
|           Defendants. | TIME: 9:00 a.m. |

      **Carlos Quiroz**, inmate, CDC# V-13738, a necessary and material witness for the Defendant in proceedings in this case on August 30, 2011, is confined at California Substance Abuse Treatment Facility and State Prison, Corcoran, 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden Kathleen Allison.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom # 7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 30, 2011, at 9:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden** Kathleen Allison, California Substance Abuse Treatment Facility and State Prison, Corcoran, 900 Quebec Avenue, P.O. Box 7100, Corcoran, CA 93212:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



      IT IS SO ORDERED.

**Dated:    August 3, 2011**                        /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE