# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | CASE NO. 1:08-cv-01285-SMS PC |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO SERVE A COURTESY COPY OF LETTER ON DEFENSE COUNSEL AND FILE LETTER UNDER SEAL |
| v. | |
| J. McKESSON, et al., | |
| Defendants. | |

Plaintiff Cesar Uribe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. An order to show cause hearing is scheduled for August 31, 2011, and writs have been issued to transport Plaintiff and Inmate Quiroz to court for the hearing. On August 15, 2011, the Court received a confidential letter from Inmate Quiroz expressing some concerns which shall be addressed in this order.

The Court is aware of the safety and security concerns due to inmates testifying in court proceedings. Due to the concerns expressed, the Court has contacted the Litigation Coordinator at the institution where Inmate Quiroz is currently housed. Plaintiff and his witnesses are listed on Inmate Quiroz's enemy list and will not be housed in the same facility if they are at the same institution.

Inmate Quiroz should only be needed to testify on August 31, 2011, and will be brought directly to court and returned to the facility on the same day. Therefore, the court appearance should not effect Inmate Uribe's current status at the institution where he is housed.

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall serve a courtesy copy of the letter received August 15, 2011, on the Deputy Attorney General;

2. The Deputy Attorney General shall keep the letter from Inmate Quiroz confidential;

3. The Clerk of the Court is DIRECTED to file under seal the letter received August 15, 2011; and

4. The Clerk of the Court is DIRECTED to serve a copy of this order on Inmate Quiroz.

IT IS SO ORDERED.

**Dated:   August 24, 2011**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE