FILED
AUG 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. McKESSON, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:08-cv-01285-SMS PC<br><br>NOTICE AND ORDER THAT WITNESS **CESAR URIBE, CDC # K-12001,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

An order to show cause hearing commenced on August 30, 2011. Plaintiff **Cesar Uribe, CDC # K-12001,** has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: August 30, 2011        _____
                                SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE

1