# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | CASE NO. 1:08-cv-01285-SMS PC |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO RETURN EXHIBITS TO DEFENDANTS FOLLOWING ORDER TO SHOW CAUSE HEARING |
| v. | |
| J. McKESSON, et al., | |
| Defendants. | |

On August 30, 2011, an order to show cause hearing was conducted during which Defendants provided exhibits to the Court. During the hearing Exhibits 6 and 7 were entered into evidence. It is HEREBY ORDERED that the Clerk's Office shall return the remaining exhibits which were not entered into evidence to Defendants, unfiled.

IT IS SO ORDERED.

**Dated:   September 6, 2011**             /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1